STATE OF NEW JERSEY v. PHILLIP ZUCKER.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JACK HERSH.

June 24, 1980.

Petition for certification denied.

HERBERT LEVITT v. BOARD OF EDUCATION OF THE CITY OF ELIZABETH.

June 24, 1980.

Petition for certification denied.

HAROLD STANG v. HOFFMAN LA ROCHE INCORPORATED.

June 24, 1980.

Petition for certification denied.